DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RANDALL INDUSTRIES, INC.,**
Appellant,

v.

**DAVID COUCH** and **RANDALL INDUSTRIES** d/b/a **RANDALL RENTS OF FLORIDA, INC.,**
Appellees.

No. 4D2023-2743

[August 29, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE 16-013590.

Nicole Paolino and Kraig S. Weiss of KWS Legal, P.A., Coral Springs, for appellant.

No brief filed for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and LEVINE, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***